James A. Harris and E. W. Agnew, Appellants, vs. John A. Anderson and the Seminole Orange and Lemon Company, a corporation under the laws of the State of Florida, Appellees.

Appeal from Circuit Court, Marion county; William A. Hocker, Judge.

No appearance for Appellants.

No appearance for Appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appeal.

Appeal dismissed for failure to prosecute.